**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| O'REILLY AUTO ENTERPRISES, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-09274 |
| ) | |
| CITY OF HARVEY, ILLINOIS; ) | Hon. Manish S. Shah |
| CHRISTOPHER J. CLARK; and ) | |
| CAMERON BIDDINGS; ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

# **EXHIBIT G**

# Your Property Tax Overview

20-YEAR TAX BILL HISTORY

Property Index Number (PIN): 29-07-310-041-0000

BEGIN A NEW SEARCH



**Incorrect Image? Click Here.**

**Property Location:**
268 W 148TH PL
HARVEY, IL 00000-0000

**Volume:** 198

**Mailing Information:**
HARVEY SHOPPING CENTER
11601 WILSHIRE BVD2410
LOS ANGELES, CA 90025-1760

Update Your Information

## 20-Year Property Tax Bill History

| | |
|---|---|
| Tax Year 2002: | |
| Tax Year 2022: | $422,518.52 |
| **Difference:** | + |
| **Percent Change:** | N/A |

- Read "The Pappas Study" 20-Year Property Tax History
- See the Top 50 Largest Tax Increases since 2000 by Chicago ward and suburb
- Voter Turnout 2011-2020 Chicago and Cook County Suburbs
- Cook County Suburbs - Interactive Map
- Chicago by Ward - Interactive Map

The due dates and billed amounts for Tax Year 2002 (payable in 2003) through Tax Year 2021 (payable in 2022) are shown below.

The amounts displayed before Tax Year 2021 are for informational purposes only. The Treasurer's Office makes no warranties as to the accuracy of this information. For official records for these years, please contact the Cook County Clerk's Office.

For details about payments starting with Tax Year 2021, visit Your Property Tax Overview.

## General Taxes

| Tax Year | Total Billed Amount | Total Paid Amount | Installment | Billed Amount | Due Date |
|---|---|---|---|---|---|
| 2022 | $422,518.52 | $0.00 | 1st<br>2nd | $125,866.13<br>$296,652.39 | 04/03/2023<br>12/01/2023 |
| 2021 | $228,847.51 | $0.00 | 1st<br>2nd | $180,878.89<br>$47,968.62 | 03/01/2022<br>12/30/2022 |
| 2020 | $328,870.71 | $0.00 | 1st<br>2nd | $323,043.26<br>$5,827.45 | 03/02/2021<br>10/01/2021 |
| 2019 | $587,351.39 | $0.00 | 1st<br>2nd | $200,159.55<br>$387,191.84 | 03/03/2020<br>08/03/2020 |
| 2018 | $363,926.46 | $0.00 | 1st<br>2nd | $115,341.20<br>$248,585.26 | 03/01/2019<br>08/01/2019 |
| 2017 | $209,711.27 | $0.00 | 1st<br>2nd | $149,939.50<br>$59,771.77 | 03/01/2018<br>08/01/2018 |
| 2016 | $272,617.28 | $0.00 | 1st<br>2nd | $143,334.88<br>$129,282.40 | 03/01/2017<br>08/01/2017 |
| 2015 | $260,608.87 | $0.00 | 1st<br>2nd | $140,002.95 | 03/01/2016 |

| | | | | |
|---|---|---|---|---|
| $120,605.92 | 08/01/2016 | | | |
| ▼ 2014 | | $254,550.82 | $0.00 | 1st<br>2nd |
| $181,329.64 | 03/03/2015 | | | |
| $73,221.18 | 08/01/2015 | | | |
| ▼ 2013 | | $329,690.26 | $91,250.00 | 1st<br>2nd |
| $174,712.35 | 03/04/2014 | | | |
| $154,977.91 | 08/01/2014 | | | |
| ▼ 2012 | | $317,658.81 | $353,444.36 | 1st<br>2nd |
| $159,482.13 | 03/01/2013 | | | |
| $158,176.68 | 08/01/2013 | | | |
| ▼ 2011 | | $278,024.64 | $309,889.02 | 1st<br>2nd |
| $149,633.47 | 03/01/2012 | | | |
| $128,391.17 | 08/01/2012 | | | |
| ▼ 2010 | | $272,060.85 | $272,060.85 | 1st<br>2nd |
| $155,038.98 | 04/01/2011 | | | |
| $117,021.87 | 11/01/2011 | | | |
| ▼ 2009 | | $256,249.62 | $281,889.05 | 1st<br>2nd |
| $128,723.53 | 03/02/2010 | | | |
| $127,526.09 | 12/13/2010 | | | |
| ▼ 2008 | | $234,042.78 | $241,326.06 | 1st<br>2nd |
| $121,387.71 | 03/01/2009 | | | |
| $112,655.07 | 12/01/2009 | | | |
| ▼ 2007 | | $242,775.41 | $247,299.48 | 1st<br>2nd |
| $124,291.80 | 03/01/2008 | | | |
| $118,483.61 | 11/03/2008 | | | |
| ▼ 2006 | | $248,583.60 | $251,238.99 | 1st<br>2nd |
| $124,526.32 | 03/01/2007 | | | |
| $124,057.28 | 12/03/2007 | | | |
| ▼ 2005 | | $249,052.64 | $253,263.38 | 1st<br>2nd |
| $129,044.55 | 03/01/2006 | | | |
| $120,008.09 | 09/01/2006 | | | |
| ▼ 2004 | | $258,089.09 | $261,960.42 | 1st<br>2nd |

| | | | | |
|---|---|---|---|---|
| | $126,256.97 | 03/01/2005 | | |
| | $131,832.12 | 11/01/2005 | | |
| ▼ | 2003 | $252,513.93 | $259,091.77 | 1st<br>2nd |
| | $118,938.34 | 03/01/2004 | | |
| | $133,575.59 | 11/15/2004 | | |

BEGIN A NEW SEARCH

DISCLAIMER: The information on this screen comes from many sources, few of which are in the control of the Cook County Treasurer's Office. Taxpayers are advised to take personal responsibility for their PIN, property location, taxpayer address, and payment amounts posted due or paid, to be sure of their accuracy.

# Your Property Tax Overview

20-YEAR TAX BILL HISTORY

Property Index Number (PIN):   29-07-310-038-0000                           BEGIN A NEW SEARCH



Incorrect Image? Click Here.

**Property Location:**  
282 W 148TH PL  
HARVEY, IL 00000-0000  

**Volume:** 198

**Mailing Information:**  
HARVEY SHOPPING CENTER  
11601 WILSHIRE BVD2410  
LOS ANGELES, CA 90025-1760  

Update Your Information

## 20-Year Property Tax Bill History

| | |
|---|---|
| Tax Year 2002: | |
| Tax Year 2022: | $91,172.60 |
| **Difference:** | + |
| **Percent Change:** | N/A |

- Read "The Pappas Study" 20-Year Property Tax History
- See the Top 50 Largest Tax Increases since 2000 by Chicago ward and suburb
- Voter Turnout 2011-2020 Chicago and Cook County Suburbs
- Cook County Suburbs - Interactive Map
- Chicago by Ward - Interactive Map

10/26/23, 11:58 AM                              Cook County Treasurer's Office - Chicago, Illinois

The due dates and billed amounts for Tax Year 2002 (payable in 2003) through Tax Year 2021 (payable in 2022) are shown below.

The amounts displayed before Tax Year 2021 are for informational purposes only. The Treasurer's Office makes no warranties as to the accuracy of this information. For official records for these years, please contact the Cook County Clerk's Office.

For details about payments starting with Tax Year 2021, visit Your Property Tax Overview.

## General Taxes

| Tax Year | Total Billed Amount | Total Paid Amount | Installment Billed Amount |
|---|---|---|---|
| Due Date | | | |
| 2022 | $91,172.60 | $0.00 | 1st / 2nd |
| $37,273.32  04/03/2023 | | | |
| $53,899.28  12/01/2023 | | | |
| 2021 | $67,769.68 | $0.00 | 1st / 2nd |
| $42,980.70  03/01/2022 | | | |
| $24,788.98  12/30/2022 | | | |
| 2020 | $78,146.73 | $0.00 | 1st / 2nd |
| $74,884.84  03/02/2021 | | | |
| $3,261.89  10/01/2021 | | | |
| 2019 | $136,154.25 | $0.00 | 1st / 2nd |
| $49,537.24  03/03/2020 | | | |
| $86,617.01  08/03/2020 | | | |
| 2018 | $90,067.70 | $0.00 | 1st / 2nd |
| $52,248.80  03/01/2019 | | | |
| $37,818.90  08/01/2019 | | | |
| 2017 | $94,997.81 | $0.00 | 1st / 2nd |
| $47,879.01  03/01/2018 | | | |
| $47,118.80  08/01/2018 | | | |
| 2016 | $87,052.74 | $0.00 | 1st / 2nd |
| $45,886.76  03/01/2017 | | | |
| $41,165.98  08/01/2017 | | | |
| 2015 | $83,430.47 | $0.00 | 1st / 2nd |
| $44,755.28  03/01/2016 | | | |

| | | | | |
|---|---|---|---|---|
| $38,675.19 | 08/01/2016 | | | |
| ▼ | 2014 | $81,373.24 | $86,763.44 | 1st<br>2nd |
| $55,594.34 | 03/03/2015 | | | |
| $25,778.90 | 08/01/2015 | | | |
| ▼ | 2013 | $101,080.62 | $113,400.51 | 1st<br>2nd |
| $53,565.58 | 03/04/2014 | | | |
| $47,515.04 | 08/01/2014 | | | |
| ▼ | 2012 | $97,391.97 | $108,363.57 | 1st<br>2nd |
| $48,896.03 | 03/01/2013 | | | |
| $48,495.94 | 08/01/2013 | | | |
| ▼ | 2011 | $85,240.18 | $94,942.74 | 1st<br>2nd |
| $44,983.75 | 03/01/2012 | | | |
| $40,256.43 | 08/01/2012 | | | |
| ▼ | 2010 | $81,788.63 | $81,788.63 | 1st<br>2nd |
| $46,235.40 | 04/01/2011 | | | |
| $35,553.23 | 11/01/2011 | | | |
| ▼ | 2009 | $76,418.04 | $84,064.37 | 1st<br>2nd |
| $40,793.50 | 03/02/2010 | | | |
| $35,624.54 | 12/13/2010 | | | |
| ▼ | 2008 | $74,170.00 | $76,399.56 | 1st<br>2nd |
| $37,159.20 | 03/01/2009 | | | |
| $37,010.80 | 12/01/2009 | | | |
| ▼ | 2007 | $74,318.39 | $74,318.39 | 1st<br>2nd |
| $38,014.49 | 03/01/2008 | | | |
| $36,303.90 | 11/03/2008 | | | |
| ▼ | 2006 | $76,028.98 | $76,028.98 | 1st<br>2nd |
| $38,086.23 | 03/01/2007 | | | |
| $37,942.75 | 12/03/2007 | | | |
| ▼ | 2005 | $76,172.45 | $76,172.45 | 1st<br>2nd |
| $33,103.41 | 03/01/2006 | | | |
| $43,069.04 | 09/01/2006 | | | |
| ▼ | 2004 | $66,206.82 | $66,692.64 | 1st<br>2nd |

Cook County Treasurer's Office - Chicago, Illinois

| | | | | |
|---|---|---|---|---|
| | $32,388.26 | 03/01/2005 | | |
| | $33,818.56 | 11/01/2005 | | |
| ▼ | 2003 | $64,776.52 | $65,234.18 | 1st<br>2nd |
| | $30,510.88 | 03/01/2004 | | |
| | $34,265.64 | 11/15/2004 | | |

BEGIN A NEW SEARCH

**DISCLAIMER:** The information on this screen comes from many sources, few of which are in the control of the Cook County Treasurer's Office. Taxpayers are advised to take personal responsibility for their PIN, property location, taxpayer address, and payment amounts posted due or paid, to be sure of their accuracy.

# Your Property Tax Overview

20-YEAR TAX BILL HISTORY

Property Index Number (PIN): 29-07-310-039-0000

BEGIN A NEW SEARCH

Incorrect Image? Click Here.

**Property Location:**
14847 DIXIE HWY
HARVEY, IL 60426-1430

**Volume:** 198

**Mailing Information:**
HARVEY SHOPPING CENTER
11601 WILSHIRE BVD2410
LOS ANGELES, CA 90025-1760

Update Your Information

## 20-Year Property Tax Bill History

| | |
|---|---|
| Tax Year 2002: | |
| Tax Year 2022: | $42,842.53 |
| Difference: | + |
| Percent Change: | N/A |

- Read "The Pappas Study" 20-Year Property Tax History
- See the Top 50 Largest Tax Increases since 2000 by Chicago ward and suburb
- Voter Turnout 2011-2020 Chicago and Cook County Suburbs
- Cook County Suburbs - Interactive Map
- Chicago by Ward - Interactive Map

The due dates and billed amounts for Tax Year 2002 (payable in 2003) through Tax Year 2021 (payable in 2022) are shown below.

The amounts displayed before Tax Year 2021 are for informational purposes only. The Treasurer's Office makes no warranties as to the accuracy of this information. For official records for these years, please contact the Cook County Clerk's Office.

For details about payments starting with Tax Year 2021, visit Your Property Tax Overview.

## General Taxes

| Tax Year | Total Billed Amount | Total Paid Amount | Installment | Billed Amount |
|---|---|---|---|---|
| **Due Date** | | | | |
| 2022 | $42,842.53 | $0.00 | 1st / 2nd | |
| $16,220.05 — 04/03/2023 | | | | |
| $26,622.48 — 12/01/2023 | | | | |
| 2021 | $29,491.00 | $0.00 | 1st / 2nd | |
| $19,690.81 — 03/01/2022 | | | | |
| $9,800.19 — 12/30/2022 | | | | |
| 2020 | $35,801.47 | $0.00 | 1st / 2nd | |
| $26,682.04 — 03/02/2021 | | | | |
| $9,119.43 — 10/01/2021 | | | | |
| 2019 | $48,512.80 | $0.00 | 1st / 2nd | |
| $18,258.06 — 03/03/2020 | | | | |
| $30,254.74 — 08/03/2020 | | | | |
| 2018 | $33,196.48 | $0.00 | 1st / 2nd | |
| $15,404.71 — 03/01/2019 | | | | |
| $17,791.77 — 08/01/2019 | | | | |
| 2017 | $28,008.57 | $0.00 | 1st / 2nd | |
| $13,945.60 — 03/01/2018 | | | | |
| $14,062.97 — 08/01/2018 | | | | |
| 2016 | $25,355.64 | $0.00 | 1st / 2nd | |
| $13,366.00 — 03/01/2017 | | | | |
| $11,989.64 — 08/01/2017 | | | | |
| 2015 | $24,301.81 | $0.00 | 1st / 2nd | |
| $13,111.56 — 03/01/2016 | | | | |

10/26/23, 12:00 PM | Cook County Treasurer's Office - Chicago, Illinois

| | | | | |
|---|---|---|---|---|
| $11,190.25 | 08/01/2016 | | | |
| ▼ 2014 | | $23,839.20 | $24,984.45 | 1st<br>2nd |
| $15,270.27<br>$8,568.93 | 03/03/2015<br>08/01/2015 | | | |
| ▼ 2013 | | $27,764.12 | $30,123.36 | 1st<br>2nd |
| $14,713.03<br>$13,051.09 | 03/04/2014<br>08/01/2014 | | | |
| ▼ 2012 | | $26,750.96 | $29,764.61 | 1st<br>2nd |
| $13,430.47<br>$13,320.49 | 03/01/2013<br>08/01/2013 | | | |
| ▼ 2011 | | $23,413.16 | $26,121.12 | 1st<br>2nd |
| $12,926.68<br>$10,486.48 | 03/01/2012<br>08/01/2012 | | | |
| ▼ 2010 | | $23,503.06 | $23,503.06 | 1st<br>2nd |
| $13,148.98<br>$10,354.08 | 04/01/2011<br>11/01/2011 | | | |
| ▼ 2009 | | $21,732.63 | $23,907.23 | 1st<br>2nd |
| $12,494.71<br>$9,237.92 | 03/02/2010<br>12/13/2010 | | | |
| ▼ 2008 | | $22,717.66 | $22,717.66 | 1st<br>2nd |
| $10,242.24<br>$12,475.42 | 03/01/2009<br>12/01/2009 | | | |
| ▼ 2007 | | $20,484.48 | $20,484.48 | 1st<br>2nd |
| $10,089.15<br>$10,395.33 | 03/01/2008<br>11/03/2008 | | | |
| ▼ 2006 | | $20,178.30 | $20,178.30 | 1st<br>2nd |
| $10,108.19<br>$10,070.11 | 03/01/2007<br>12/03/2007 | | | |
| ▼ 2005 | | $20,216.37 | $20,216.37 | 1st<br>2nd |
| $10,164.51<br>$10,051.86 | 03/01/2006<br>09/01/2006 | | | |
| ▼ 2004 | | $20,329.01 | $20,329.01 | 1st<br>2nd |

|  |  | $9,945.02 | 03/01/2005 |  |  |
|--|--|-----------|------------|--|--|
|  |  | $10,383.99 | 11/01/2005 |  |  |
| ▼ | 2003 | $19,890.03 | | $20,030.56 | 1st<br>2nd |
|  |  | $9,368.52 | 03/01/2004 |  |  |
|  |  | $10,521.51 | 11/15/2004 |  |  |

BEGIN A NEW SEARCH

**DISCLAIMER:** The information on this screen comes from many sources, few of which are in the control of the Cook County Treasurer's Office. Taxpayers are advised to take personal responsibility for their PIN, property location, taxpayer address, and payment amounts posted due or paid, to be sure of their accuracy.